**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: DISCIPLINE OF BRIAN D.        )
    FLAHERTY, ATTORNEY PA         )
    I.D. NO. 63270, A MEMBER       )   MISC. NO. 98-116
    OF THE BAR OF THE UNITED       )
    STATES DISTRICT COURT          )
    FOR THE WESTERN DISTRICT       )
    OF PENNSYLVANIA                )

### ORDER OF COURT

AND NOW, this _8th_ day of _Jan_, 2008, it is hereby ORDERED that Brian D. Flaherty, be reinstated to practice law before the United States District Court for the Western District of Pennsylvania.

J. _Donetta W. Ambrose_